

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00379-CR

| | | |
|---|---|---|
| MARC ANTHONY RAYOS, Appellant | § | On Appeal from the 371st District Court |
| | § | of Tarrant County (1524482D) |
| v. | § | November 14, 2019 |
| | § | Opinion by Chief Justice Sudderth |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT ON REHEARING

After reviewing appellant's motion for rehearing, we deny the motion. We withdraw our September 5, 2019 opinion and judgment and substitute the following.

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Bonnie Sudderth_____
   Chief Justice Bonnie Sudderth